United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| JOHN VICKNAIR, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>*Defendant(s)*. | No. 4:20-cv-02916 |

## ORDER OF DISMISSAL

At the request of Plaintiff John Vicknair, this case is **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party shall bear its own costs and fees.

11-6-2020
Date

Vanessa D. Gilmore
United States District Judge